FILED

10 AUG -6 PM 4: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1  Richard J. Burdge, Jr. (SBN 89504)
   Email: burdger@howrey.com
2  Joanne Lichtman (SBN 137300)
   Email: lichtmanj@howrey.com
3  Michael L. Resch (SBN 202909)
   Email: reschm@howrey.com
4  HOWREY LLP
   550 South Hope Street, Suite 1100
5  Los Angeles, California 90071
   Telephone: (213) 892-1800
6  Facsimile: (213) 892-2300

7  Evan S. Strassberg (SBN 219336)
   Email: evan.strassberg@basicresearch.org
8  5742 West Harold Gatty Drive
   Salt Lake City, Utah 84116
9  Telephone: (801) 530-2920
   Facsimile: (801) 517-7096
10

11 Attorneys for Defendant
   THINCARE INTERNATIONAL, LLC.
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16                                    CV10 5886 · ODW JCG

   R.D., individually, and on behalf of all    )  Case No.
17 others similarly situated,                   )
                                                )
18            Plaintiffs                         )  DEFENDANT THINCARE
                                                )  INTERNATIONAL, LLC'S
19        v.                                     )  NOTICE OF REMOVAL OF
                                                )  ACTION TO FEDERAL COURT
20 JILLIAN MICHAELS, an individual;             )  UNDER 28 U.S.C. § 1441;
   THIN CARE INTERNATIONAL, a Utah             )  DECLARATION OF BRAD
21 Limited Liability Company; and DOES 1-       )  STEWART IN SUPPORT
   20, Inclusive,                               )
22                                              )
              Defendants.                        )
23                                              )
                                                )
24                                              )
                                                )
25 _____ )

26

27

28

HOWREY LLP

DEFENDANT THINCARE INTERNATIONAL, LLC'S NOTICE OF REMOVAL

1   TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

2   COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO PLAINTIFF, AND

3   TO PLAINTIFF'S COUNSEL OF RECORD:

4   PLEASE TAKE NOTICE that Defendant ThinCare International, LLC

5   ("ThinCare"), through undersigned counsel, hereby removes the above-captioned action

6   from the Superior Court of the State of California in and for the County of Los Angeles

7   to the United States District Court for the Central District of California, Western

8   Division, pursuant to 28 U.S.C. §§ 1441, 1446, and 1453, on the grounds that federal

9   jurisdiction exists under the Class Action Fairness Act ("CAFA"), 28 U.S.C.

10  § 1332(d)(2).  No papers have yet been served upon ThinCare in this action.

11  Nevertheless, attached to this Notice of Removal is a copy of the Complaint filed in this

12  action.

13  **I.   PROCEDURAL HISTORY**

14  1.   On August 4, 2010, Plaintiff R.D. ("Plaintiff"), on behalf of herself and all

15  others similarly situated, filed this action in the Superior Court of the State of California

16  in and for the County of Los Angeles, captioned *R.D. v. Jillian Michaels, et al.*, Case

17  Number BC442969.  A true and correct copy of the Complaint and Summons is

18  attached hereto as Exhibit 1.

19  2.   The Complaint alleges claims against ThinCare and defendant Jillian

20  Michaels ("Michaels") arising out of the marketing of the product Jillian Michaels

21  Triple Process Total body Detox & Cleanse Plus Probiotic Replenishment ("Detox &

22  Cleanse"), a dietary supplement.  Specifically, Plaintiff alleges violations of the

23  California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq.*) ("UCL"),

24  and the California False Advertising Law (Cal. Bus. & Prof. Code § 17500, *et seq.*)

25  ("FAL").

26  3.   Plaintiff seeks relief on behalf of a purported class of purchasers of Detox

27  & Cleanse, described as "[a]ll persons who purchased JM Detox/Cleanse in California

28

HOWREY LLP

1  for personal use at any time during the applicable statute of limitations period (the

2  'Class')." Ex. 1 at ¶ 14.

3      4.    The Complaint seeks disgorgement of the purchase price, attorneys' fees

4  and costs, injunctive relief, and all other attendant or ancillary relief the Court deems

5  just and proper.  Ex. 1 at Prayer.

6      5.    The Complaint specifically alleges that the amount in controversy exceeds

7  $10,000,000.  Ex. 1 at ¶ 13.

8      6.    Neither of the Defendants has been served with the Summons and

9  Complaint.

10     7.    On August 6, 2010, ThinCare nor filed an answer to the Complaint, a true

11 and correct copy of which is attached hereto as Exhibit 2.

12 **II.    REMOVAL IS PROPER BECAUSE THIS COURT HAS JURISDICTION**

13 **UNDER 28 U.S.C. §§ 1332 AND 1441**

14     8.    Plaintiff filed her Complaint on August 4, 2010.  Ex.1.  Service of process

15 has not yet occurred.  Therefore, this action is being removed timely in accordance with

16 28 U.S.C. §§ 1446(b) and 1453(b).

17     9.    Pursuant to CAFA, ThinCare need not obtain the consent of any other

18 defendants to remove this action.  *See* 28 U.S.C. § 1453(b).  Nevertheless, the only other

19 named defendant, Michaels, consents to removal of this action.

20     10.   CAFA sets forth three requirements to invoke federal jurisdiction: (1) a

21 class action comprised of 100 or more members, (2) in which any member of a class of

22 plaintiffs is a citizen of a state different from any defendant, and (3) in which the

23 amount in controversy exceeds $5,000,000.  28 U.S.C. §§ 1332(d)(2), (d)(5).  All three

24 requirements are satisfied here.

25     11.   First, the putative class consists of more than 100 members.  Plaintiff

26 alleges "the total number of Class members is approximately 10,000 members."  Ex. 1

27 at ¶ 16.

28

HOWREY LLP

1      12.    Second, ThinCare is organized under the laws of the state of Utah and has

2   its principal place of business there as well.  Declaration of Brad Stewart ("Stewart

3   Decl.") ¶ 4.  None of the members of ThinCare are citizens of California.  *Id.*  ThinCare

4   is therefore not a California citizen.  Michaels is a citizen of California.  Ex. 1 at ¶ 2.

5   Plaintiff is therefore a citizen of a state different from at least one of the Defendants, and

6   CAFA's minimum diversity requirement is satisfied.

7      13.    Third, Plaintiff specifically alleges in the Complaint that "the amount in

8   controversy exceeds $10,000,000."  Ex. 1 ¶ 13.

9      14.    Because this is (1) a putative class action comprised of 100 or more

10   members, (2) in which any member of the putative class is a citizen of a state different

11   from at least one defendant's state of citizenship, and (3) the amount in controversy

12   exceeds $5,000,000, this case falls within the subject matter jurisdiction of this Court

13   pursuant to 28 U.S.C. § 1332 and is therefore removable pursuant to 28 U.S.C. § 1441.

14   **III.**    **OTHER STATUTORY REQUIREMENTS FOR REMOVAL HAVE BEEN**

15         **SATISFIED**

16      15.    Plaintiffs filed their action in the Superior Court of the State of California

17   for the County of Los Angeles.  Therefore, venue is proper in the United States District

18   Court, Central District of California, Western Division, because it is the "district and

19   division embracing the place where such action is pending."  *See* 28 U.S.C. § 1441(a).

20      16.    No previous application has been made for the relief requested herein.

21      17.    As set forth above, no papers have yet been served on ThinCare, although a

22   copy of the Complaint is attached hereto as Exhibit 1.  Pursuant to 28 U.S.C. § 1446(d),

23   a copy of this Notice of Removal will be promptly served upon Plaintiff and promptly

24   filed with the clerk of the Superior Court of the State of California, County of Los

25   Angeles.

26

27

28

3

1    WHEREFORE, Defendant ThinCare respectfully removes this action from the

2    Superior Court of the State of California in and for the County of Los Angeles, bearing

3    case number BC431560, to this Court.

4

Dated:  August 6, 2010                        Respectfully submitted,

5

6                                             HOWREY LLP
                                             Richard J. Burdge, Jr.
7                                             Joanne Lichtman
                                             Michael L. Resch
8
                                             EVAN STRASSBERG
9

10                                            By:
                                                  Joanne Lichtman
11
                                             Attorneys for Defendant
12                                            THIN CARE INTERNATIONAL, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DEFENDANT THINCARE INTERNATIONAL LLC'S NOTICE OF REMOVAL

## DECLARATION OF BRAD STEWART

I, Brad Stewart, declare as follows:

1.    I am employed by Bydex Management, LLC ("Bydex"), an employee management company whose employees provide services to other companies, including Defendant ThinCare International, LLC ("ThinCare").

2.    Although I am employed by Bydex, I serve as the President of Defendant ThinCare.  I have held the position of President of ThinCare since approximately June 2009.

3.    I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would competently testify as set forth herein.

4.    ThinCare is organized under the laws of the state of Utah and has its principal place of business in Utah.  None of ThinCare's members is a citizen of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of August, 2010, in Salt Lake City, Utah.

_____
Brad Stewart

EX. 1

**ORIGINAL**   **BY FAX**

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

JILLIAN MICHAELS, an individual; and THIN CARE
INTERNATIONAL, a Utah Limited Liability Company and DOES 1-20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

R.D., individually, and on behalf of all others similarly situated,

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

AUG 4 - 2010

John A. Clarke, Executive Officer/Clerk

By _____ M. Garcia _____, Deputy
MARY E. GARCIA

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: Los Angeles County Superior Court | CASE NUMBER: *(Número del Caso)*: |
|---|---|
| *(El nombre y dirección de la corte es):* 111 North Hill Street, Los Angeles, CA 90012 | **BC 442969** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Newport Trial Group, 610 Newport Center Dr., #700, Newport Beach, CA 92660 (949) 706-6464

| DATE: AUG 04 2010 | **JOHN A. CLARKE, CLERK** Clerk, by | M. GARCIA | , Deputy |
|---|---|---|---|
| *(Fecha)* | *(Secretario)* | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 *www.courtinfo.ca.gov* |
|---|---|---|

**BY FAX**

ORIGINAL

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

AUG 4 - 2010

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
MARY E. GARCIA

1  NEWPORT TRIAL GROUP
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@trialnewport.com
3  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
4  Tel: (949) 706-6464
   Fax: (949) 706-6469
5
6  Attorneys for Plaintiff and the Class
7
8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9                 **FOR THE COUNTY OF LOS ANGELES**
10
11 R.D., individually, and on behalf of all others      Case No.    **BC 442969**
   similarly situated,
12
              Plaintiff,                          **CLASS ACTION COMPLAINT**
13
       vs.                                        **JURY TRIAL DEMANDED**
14
15 JILLIAN MICHAELS, an individual; and THIN
   CARE INTERNATIONAL, a Utah Limited
16 Liability Company; and DOES 1-20, Inclusive,
17            Defendants.
18
19              **I.    INTRODUCTION**
20         Jillian Michaels is hiding a dangerous secret that she doesn't want you to know: her ***Triple***
21 ***Process Total Body Detox & Cleanse"*** diet supplement just might kill you.  It contains a potentially
22 lethal combination of toxic ingredients that can cause ulcers, nausea, vomiting, dehydration, liver
23 damage, and diarrhea, which is not how consumers expect to be "detoxed and cleansed."
24         This case is not about money for the plaintiff; she simply wants Defendants to stop poisoning
25 the public and give consumers their money back.
26 ///
27 ///
28 ///

                                    - 1 -

## II.   THE PARTIES

**A.   Plaintiff.**

1.    Plaintiff R.D. ("Plaintiff") is a resident of California who purchased JM Detox/Cleanse at Wal-Mart on or around February 20th, 2010.  R.D. wishes to be identified only by her initials in this lawsuit due to her very real fear of retaliation OR harassment by Defendants, who have demonstrated a pattern of harassing individuals who challenge their marketing practices.  Defendants' tactics include anonymous threatening telephone calls, invasion of private social network media, unwarranted contact with friends and family, and even online surveillance.

**B.   The Defendants.**

2.    Defendant Jillian Michaels ("Michaels") is a California citizen and resident of Los Angeles County who approved the formulation and marketing of JM Detox/Cleanse.

3.    Defendant Thin Care International ("Thin Care") is a Utah-based LLC associated with Michaels that approved the formulation and marketing of JM Detox/Cleanse.

4.    Plaintiff does not know the true names or capacities of the persons or entities sued herein as DOES 1 to 20, inclusive, and therefore sues such defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the DOE defendants is in some manner legally responsible for the damages suffered by Plaintiff and the members of the class as alleged herein.  Plaintiff will amend this Complaint to set forth the true names and capacities of these defendants when they have been ascertained, along with appropriate charging allegations, as may be necessary.

## III.   JURISDICTION AND VENUE

5.    This Court has jurisdiction over all causes of action asserted herein pursuant to the California Constitution.

6.    Venue is proper in this Court because Defendants have received substantial compensation from sales in this County.  Specifically, each Defendant does business in this County, knowingly engages in activities directed at consumers in this County, and each Defendant obtains substantial benefits from the Defendants' common scheme perpetrated in this County.  As such, a substantial portion of plaintiff's claims arise in this County.

1    7.    Defendants and other out-of-state participants can be brought before this Court pursuant

2  to California's "long-arm" jurisdictional statute.

3                              **IV.    FACTS**

4    8.    Defendants advertise that JM Detox/Cleanse will "make weight loss simple" without

5  "harsh chemicals" or laxatives, and will make users feel "lighter and more energized."  The following

6  picture is an accurate graphical depiction of the packaging of JM Detox/Cleanse:



9    9.    According to its label, JM Detox/Cleanse contains the following ingredients:

Irish Moss Powder, Ginger (root) Powder, Dandelion (root) Powder, Buckthorn (bark) Powder, Butternut (bark) Powder, Garlic (bulb) Powder, Uva-Ursi (leaf) Powder, Yarrow (flower) Powder, Chinese Rhubarb (root) Powder; Bacillus coagulans, Irish Moss Powder, Fenugreek (seed) Powder, Fennel (seed) Powder, Galactomannan (from Fenugreek Fiber); Wild Blueberry (fruit) Extract, Grape (fruit and seed) Extract, Raspberry (fruit and seed) Extract, Cranberry (fruit) Powder, Plum (fruit)Powder, Tart Cherry (fruit) Powder, Wild Bilberry (fruit) Extract, Strawberry (fruit) Powder.

CLASS ACTION COMPLAINT

10.     Several of the ingredients contained in JM/Detox Cleanse are dangerous and potentially lethal:

A.     "Irish Moss Powder" is the common name of *Carrageenan*, which is extracted from red seaweed using dangerous acidic solvents.   A recent study published by the National Institute for Environmental Health Sciences concluded that carrageenan causes gastrointestinal ulcers. Carrageenan is so toxic that it is the gel commonly applied to aircraft wings to dissolve ice.

B.     "Buckthorn" is the common name for *cascara sagrada*, the aged bark of certain shrubs. In 2002, the U.S. Food and Drug Administration found that cascara sagrada was so dangerous that it banned the substance from use in certain non-prescription medications.

C.     *Uva ursi*, which is commonly referred to as "Bearberry", is known to cause nausea and vomiting.

D.     "Yarrow" is the common name of *Achillea millefolium*, a toxic lawn weed that causes dermatitis (dry, flaky, and itchy skin).

E.     "Chinese Rhubarb" is the common name for *Rheum palmatum*, a harsh laxative and dangerous diuretic that can cause severe dehydration and may cause irreversible liver damage.

F.     "Fenugreek seed" is the common name for *foenum-graecum*, which interferes with digestion and causes both diarrhea and gas.

11.     Plaintiff purchased JM Detox/Cleanse in February, 2010 because she wanted to "make weight loss simple" without "harsh chemicals" or laxatives, and wanted to feel "lighter and more energized."   It did not work as advertised nor did it cause her to lose any weight.   As such, it was worthless to her.

12.     Unlike Plaintiff, Defendants have known or should have known that the ingredients in JM Detox/Cleanse are both worthless and harmful since at least late 2009, yet actively and fraudulently conspired to conceal those facts from consumers.   Specifically, both Defendants hold themselves out to the public as nutrition "experts" and encourage consumers to rely on their purported expertise through their website www.jillianmichaels.com.

13.     Plaintiff believes that the amount in controversy exceeds $10,000,000.   Plaintiff does

- 1 -

CLASS ACTION COMPLAINT

1   not allege bodily injury or violation of any federal law or regulation.

2   ## V.    CLASS ACTION ALLEGATIONS

3       14.    Plaintiff brings this class action for restitution and injunctive relief on behalf of the

4   following class:

5           All persons who purchased JM Detox/Cleanse in California for personal

6           use at any time during the applicable statute of limitations period (the

7           "Class").

8       15.    Excluded from the Class are governmental entities, Defendants, any entity in which

9   defendants have a controlling interest, and Defendants' officers, directors, affiliates, legal

10  representatives, employees, co-conspirators, successors, subsidiaries, and assigns.  Also excluded from

11  the Class is any judge, justice, or judicial officer presiding over this matter and the members of their

12  immediate families and judicial staff.

13      16.    NUMEROSITY: The proposed Class is so numerous that individual joinder of all its

14  members is impracticable.  Plaintiff believes that the total number of Class members is approximately

15  10,000 members and is geographically dispersed across California.

16      17.    COMMONALITY: There is a well-defined community of interest in the questions of

17  law and fact involved affecting the class and these common questions predominate over any questions

18  that may affect individual Class members.  Common questions of fact and law include, but are not

19  limited to, the following:

20      A.    Did Defendants know of the dangers of "Irish Moss Powder" (*Carrageenan*) at any

21  time they offered JM Detox/Cleanse for sale to the class?

22      B.    Did Defendants know of the dangers of "Buckthorn" (*cascara sagrada*) at any time

23  they offered JM Detox/Cleanse for sale to the class?

24      C.    Did Defendants know of the dangers of "Bearberry" (*Uva ursi*) at any time they offered

25  JM Detox/Cleanse for sale to the class?

26      D.    Did Defendants know of the dangers of "Yarrow" (*Achillea millefolium*) at any time

27  they offered JM Detox/Cleanse for sale to the class?

28

-2-
CLASS ACTION COMPLAINT

E.     Did Defendants know of the dangers of "Chinese Rhubarb" (*Rheum palmatum*) at any time they offered JM Detox/Cleanse for sale to the class?

F.     Did Defendants know of the dangers of "fenugreek seed" (*foenum-graecum*) at any time they offered JM Detox/Cleanse for sale to the class?

G.     Did Defendants' conduct constitute an unfair or misleading business practice?

18.     TYPICALITY: Plaintiff's claims are typical of the claims of the members of the Class because all members of the Class purchased JM Detox/Cleanse, containing the preceding dangerous ingredients, for personal use.

19.     ADEQUACY: Plaintiff will fairly and adequately represent and protect the interests of the Class.   Plaintiff has no interests adverse to that of the class and has retained counsel with substantial experience in handling complex class action litigation.

20.     SUPERIORITY: A class action is superior to other available methods for the fair and efficient adjudication of the present controversy.   Individual joinder of all members of the class is impracticable.   Even if individual class members had the resources to pursue individual litigation, it would be unduly burdensome to the courts in which the individual litigation would proceed. Furthermore, for many, if not most, a class action is the only feasible mechanism that allows an opportunity for legal redress and justice, and adjudication of individual class members' claims with respect to the Defendants would, as a practical matter, be dispositive of the interests of other members not parties to the adjudication.

## VI.     CAUSE OF ACTION

### VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS
### CODE SECTIONS 17200/17500 ET SEQ.

#### (By Plaintiff and Class Against All Defendants)

21.     Plaintiff incorporates by this reference the allegations contained in paragraphs 1 through 20 above as if fully set forth herein.

22.     Plaintiff has suffered injury in fact and has lost money as a result of Defendants' conduct.   Specifically, she purchased JM Detox/Cleanse without knowledge of its dangerous

1  ingredients, used it as directed, and found it worthless to her.  She also unwittingly exposed herself to

2  potentially lethal ingredients.

3       23.    Defendants' failure to disclose the dangers of the preceding ingredients constitutes an

4  unfair, deceptive, and fraudulent business practice.

5       24.    Plaintiff seeks restitution of the purchase price paid by class members and a narrowly-

6  tailored injunction to prevent the same conduct in connection with the sale of JM Detox/Cleanse in

7  California.

8                         **PRAYER FOR RELIEF**

9      Wherefore, Plaintiff requests that the Court enter an order or judgment against Defendants as

10  follows:

11      1.    Certification of the proposed classes and notice paid by Defendants;

12      2.    Disgorgement of the purchase price paid to Defendants;

13      3.    An injunction preventing the same future misconduct;

14      4.    Attorneys' fees and costs; and

15      5.    Other attendant or ancillary relief that this Court deems just and proper.

16

17  Dated:  August 4, 2010             NEWPORT TRIAL GROUP

18                         A Professional Corporation

19                       By:                 Scott J. Ferrell

20                       Attorneys for Plaintiff and the Class

21

22

23

24

25

26

27

28

BY FAX

CM-010

ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Scott J. Ferrell, 202091<br>NEWPORT TRIAL GROUP<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660<br>TELEPHONE NO.: (949) 706-6464   FAX NO.: (949) 706-6469<br>ATTORNEY FOR *(Name)*: Plaintiff and the Class | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br><br>AUG 4 - 2010<br><br>John A. Clarke, Executive Officer/Clerk<br>By_____, Deputy<br>MARY E. GARCIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

CASE NAME:
R.D., et al. v. JILLIAN MICHAELS, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: BC 442969 |
|---|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[✓] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [✓] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [✓] Large number of separately represented parties
   b. [✓] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [✓] Large number of witnesses
   e. [✓] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [✓] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [✓] monetary  b. [✓] nonmonetary; declaratory or injunctive relief  c. [✓] punitive
4. Number of causes of action *(specify)*: One
5. This case [✓] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 4, 2010

Scott J. Ferrell
_____
(TYPE OR PRINT NAME)            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

ORIGINAL    

| SHORT TITLE: | CASE NUMBER |
|---|---|
| R.D., et al. v. JILLIAN MICHAELS, et al. | BC442969 |

### CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☑ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 10 ☐ HOURS/ ☑ DAYS

Item II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

> **Applicable Reasons for Choosing Courthouse Location (see Column C below)**
>
> 1. Class Actions must be filed in the County Courthouse, Central District.
> 2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
> 3. Location where cause of action arose.
> 4. Location where bodily injury, death or damage occurred.
> 5. Location where performance required or defendant resides.
> 6. Location of property or permanently garaged vehicle.
> 7. Location where petitioner resides.
> 8. Location wherein defendant/respondent functions wholly.
> 9. Location where one or more of the parties reside.
> 10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | Type of Action<br>B<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

LACIV 109  (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4

| SHORT TITLE: | CASE NUMBER |
|---|---|
| R.D., et al. v. JILLIAN MICHAELS, et al. | |

| | A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>-See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.)** | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

| SHORT TITLE: | CASE NUMBER |
|---|---|
| R.D., et al. v. JILLIAN MICHAELS, et al. | |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151   Writ - Administrative Mandamus<br>☐ A6152   Writ - Mandamus on Limited Court Case Matter<br>☐ A6153   Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150   Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ A6003   Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007   Construction defect | 1., 2., 3. |
| | Claims Involving Mass<br>Tort (40) | ☑ A6006   Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035   Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort<br>Environmental (30) | ☐ A6036   Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage<br>Claims from Complex<br>Case (41) | ☐ A6014   Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment<br>(20) | ☐ A6141   Sister State Judgment<br>☐ A6160   Abstract of Judgment<br>☐ A6107   Confession of Judgment (non-domestic relations)<br>☐ A6140   Administrative Agency Award (not unpaid taxes)<br>☐ A6114   Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112   Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033   Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br>(42) | ☐ A6030   Declaratory Relief Only<br>☐ A6040   Injunctive Relief Only (not domestic/harassment)<br>☐ A6011   Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000   Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance(21) | ☐ A6113   Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121   Civil Harassment<br>☐ A6123   Workplace Harassment<br>☐ A6124   Elder/Dependent Adult Abuse Case<br>☐ A6190   Election Contest<br>☐ A6110   Petition for Change of Name<br>☐ A6170   Petition for Relief from Late Claim Law<br>☐ A6100   Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| SHORT TITLE:<br>R.D., et al. v. JILLIAN MICHAELS, et al. | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C<br>WHICH APPLIES IN THIS CASE<br>☑1. ☑2. ☐3. ☐4. ☐5. ☐6. ☐7. ☑8. ☐9. ☐10. | ADDRESS:<br>4101 Crenshaw Blvd |
|---|---|
| CITY:<br>Los Angeles | STATE:<br>CA | ZIP CODE:<br>90008 | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Stanley Mosk</u> courthouse in the <u>Central</u> District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>August 4, 2010</u>

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

---

### PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev. 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

EX. 2

1   Richard J. Burdge, Jr. (SBN 89504)
    Email: burdger@howrey.com
2   Joanne Lichtman (SBN 137300)
    Email: lichtmanj@howrey.com
3   Michael L. Resch (SBN 202909)
    Email: reschm@howrey.com
4   HOWREY LLP
    550 South Hope Street, Suite 1100
5   Los Angeles, California  90071
    Telephone:  (213) 892-1800
6   Facsimile:  (213) 892-2300

7   Attorneys for Defendant
    THINCARE INTERNATIONAL

8

               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9

                    FOR THE COUNTY OF LOS ANGELES

10

11   R.D., individually, and on behalf of all others        )   Case No. BC442969
12   similarly situated,                                     )
                                                             )   **ANSWER OF DEFENDANT THINCARE**
13                  Plaintiff,                               )   **INTERNATIONAL TO CLASS ACTION**
                                                             )   **COMPLAINT**
14          vs.                                              )
                                                             )
15   JILLIAN MICHAELS, an individual; and THIN              )
     CARE INTERNATIONAL, a Utah Limited                     )
16   Liability Company; and DOES 1-20, Inclusive,           )
                                                             )
17                  Defendants.                              )
                                                             )

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Thin Care International ("Defendant") hereby answers the unverified Complaint ("Complaint") of R.D. ("Plaintiff") as follows:

### GENERAL DENIAL

Pursuant to California Code of Civil Procedure Section 431.30(d), Defendant denies generally and specifically each and every allegation, statement, matter, and thing set forth in and alleged in the Complaint, and specifically denies that it engaged in any wrongful conduct, that Plaintiff has been damaged in any sum at all, or in any manner at all, or is entitled to any relief whatsoever from Defendant.

### AFFIRMATIVE DEFENSES

For its separate and additional affirmative defenses to the cause of action alleged in the Complaint, and without admitting that Defendant has the burden of proof on any of these defenses, Defendant alleges as follows:

#### First Affirmative Defense

#### (Failure to State a Claim)

1.    The Complaint and the cause of action asserted therein fail to state a claim upon which relief can be granted.

#### Second Affirmative Defense

#### (Improper Class Action)

2.    Plaintiff may not maintain this action, as described in the Complaint, as a class action.

#### Third Affirmative Defense

#### (Lack of Standing)

3.    Plaintiff's claim is barred, in whole or in part, because Plaintiff lacks standing to bring such claim.

HOWREY LLP

DM_US:22403459_2

## Fourth Affirmative Defense

### (Good Faith)

4.      Plaintiff's claim is barred, in whole or in part, by the doctrine of good faith.

## Fifth Affirmative Defense

### (Unclean Hands)

5.      Plaintiff's claim is barred, in whole or in part, by the doctrine of unclean hands.

## Sixth Affirmative Defense

### (Failure to Mitigate)

6.      Plaintiff's claim is barred, in whole or in part, by reason of Plaintiff's failure to mitigate her damages.

## Seventh Affirmative Defense

### (Compliance with the Law)

7.      Plaintiff's claim is barred, in whole or in part, because all of Defendant's activities as alleged in the Complaint were in compliance with all applicable laws, regulations and rules.

## Eighth Affirmative Defense

### (No Injunctive Relief Available)

8.      Plaintiff's claim is barred, in whole or in part, because there is no basis for injunctive relief in this action.

## Ninth Affirmative Defense

### (Adequate Remedy at Law)

9.      Plaintiff's claim is barred, in whole or in part, because Plaintiff has an adequate remedy at law.

## Tenth Affirmative Defense

### (Due Process)

10.     Plaintiff's claim is barred, in whole or in part, by principles of substantive and procedural due process.

1

## Eleventh Affirmative Defense

2

### (Doe Defendants)

3       11.     Defendant is not legally responsible for the alleged acts and/or omissions of those

4 defendants named in the Complaint as "Doe Defendants."

5

## Twelfth Affirmative Defense

6

### (Misuse)

7       12.     The proximate cause of any alleged damages, if any, to Plaintiff was the misuse of the

8 product.

9

## Thirteenth Affirmative Defense

10

### (Intervening Act of Others)

11      13.     The damages sustained by Plaintiff, if any, were proximately caused by the intervening

12 and superseding actions of others, which actions bar, preclude, and/or diminish Plaintiff's recovery

13 against Defendant.

14

## Fourteenth Affirmative Defense

15

### (Constitutional Rights)

16      14.     Plaintiff's claim is barred, in whole or in part, by the First Amendment of the United

17 States Constitution and by similar provisions in the California Constitution that protect, among other

18 things, Defendant's right to promote and advertise the subject product.

19

## Fifteenth Affirmative Defense

20

### (Federal Preemption)

21      15.     Plaintiff's claim is preempted, in whole or in part, by federal law.

22

## Sixteenth Affirmative Defense

23

### (Puffery)

24      16.     Plaintiff's claim is barred to the extent that any alleged deceptive statements constitute

25 puffery.

26

27

28

HOWREY LLP

DM_US:22403459_2

1

<b><u>Seventeenth Affirmative Defense</u></b>

2

<b>(Waiver)</b>

3

17.     Plaintiff's claim is barred in whole or in part by the doctrine of waiver.

4

<b><u>Eighteenth Affirmative Defense</u></b>

5

<b>(Estoppel)</b>

6

18.     Plaintiff's claim is barred in whole or in part by the doctrine of estoppel.

7

<b><u>Nineteenth Affirmative Defense</u></b>

8

<b>(Comparative Fault)</b>

9

19.     The damages allegedly sustained by Plaintiff, if any, should be reduced or eliminated

10

based on the proportion of fault attributable to Plaintiff.

11

<b><u>Twentieth Affirmative Defense</u></b>

12

<b>(Additional Defenses)</b>

13

20.     Defendant alleges that it may have additional defenses that are not now fully known and

14

of which it is not presently aware.  Accordingly, Defendant reserves the right to raise and assert

15

additional defenses which may be appropriate upon further discovery in this matter.

16

<b><u>PRAYER</u></b>

17

**WHEREFORE,** Defendant prays as follows:

18

1.     That Plaintiff take nothing by way of the Complaint;

19

2.     That judgment be entered in favor of Defendant and against Plaintiff;

20

3.     That Defendant be awarded its attorneys' fees and/or the costs of suit incurred in this

21

action; and

22

4.     For such other and further relief as the Court deems just and proper

23

Dated: August 5, 2010                          Respectfully submitted,

24

                                                HOWREY LLP

25

26

                                        By: _____

27

                                                Joanne Lichtman
                                                Attorneys for Defendant THINCARE
                                                INTERNATIONAL

28

-4-
ANSWER TO CLASS ACTION COMPLAINT

**PROOF OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | )   ss.: |
| COUNTY OF LOS ANGELES | ) |

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 550 South Hope Street, Suite 1100, Los Angeles, California  90071.

On August 6, 2010, I served on the interested parties in said action the within:

**ANSWER OF DEFENDANT THINCARE INTERNATIONAL TO CLASS ACTION COMPLAINT**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below.

NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Esq.
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Facsimile No.: (949) 706-6469

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

[ ] (FACSIMILE) By transmitting a true copy of said document from facsimile machine whose telephone number is (213) 892-2300, pursuant to California Rules of Court, Rule 2005.  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to Rule 2008(e), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.  Said fax transmission occurred as stated in the transmission record attached hereto.  Said fax transmission was directed as stated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2010, at Los Angeles, California.

| | |
|---|---|
| _____ | _____ |
| Donna Johnson | (Signature) |
| (Type or print name) | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV10- 5886 ODW (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>R.D., individually, and on behalf of all others similarly situated | DEFENDANTS<br>JILLIAN MICHAELS, an individual; THINCARE<br>INTERNATIONAL, a Utah limited liability company; and DOES 1-<br>20, Inclusive |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>Scott J. Ferrell (SBN 202091)<br>NEWPORT TRIAL GROUP<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660<br>(949) 706-6464 | Attorneys (If Known)<br>Richard J. Burdge, Jr. (SBN 89504); Joanne Lichtman (SBN 137300);<br>Michael L. Resch (SBN 202909)<br>HOWREY LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>(213) 892-1800 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 10,000,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Cal. Business & Professions Code Secs. 17200, et seq. and 17500, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☒ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

TORTS
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

BANKRUPTCY
☐ 22 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Acco-mmodations
☐ 444 Welfare
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE/ PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R.& Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 61 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW 405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV10 5886

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

American LegalNet, Inc.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No ☐ Yes

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ No ☐ Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | Utah |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**   Joanne Lichtman   Date   August 6, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

American LegalNet, Inc.
www.FormsWorkflow.com

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com